UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL FLEMING,

                Plaintiff,

     v.

S. GATES, et al.,

                Defendants.

No.  1:24-cv-01439-KES-SAB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

Doc. 11

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 13, 2025, the assigned magistrate judge screened plaintiff's complaint and granted plaintiff leave to file an amended complaint.  Doc. 8.  Plaintiff filed a first amended complaint on February 14, 2025.  Doc. 9.  On June 12, 2025, the assigned magistrate judge screened plaintiff's first amended complaint and issued findings and recommendations that plaintiff's action be dismissed for failure to state a cognizable federal claim.  Doc. 11.  Plaintiff filed objections on July 2, 2025.  Doc. 12.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of

1

this case.  In his objections, plaintiff argues that his slip and fall rises to a constitutional claim because he was handcuffed, the defendant officer knew that slippery floors could pose a risk to inmates and that the defendant officer did not immediately provide medical treatment.  However, plaintiff's first amended complaint does not sufficiently plead exacerbating circumstances that could give rise to an Eighth Amendment claim.  As the findings and recommendations correctly note, plaintiff's claim at most constitutes negligence.  The findings and recommendations correctly point out that plaintiff alleges that the defendant officer promptly reported the situation and that other officers arrived and assisted.  Having carefully reviewed the file, including plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1.  The findings and recommendations issued on June 12, 2025, Doc. 11, are adopted in full;

2.  This action is dismissed for failure to state a cognizable claim upon which relief may be granted; and

3.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    January 13, 2026

_____
UNITED STATES DISTRICT JUDGE

2